[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 9, 2011
JOHN LEY
CLERK

_____

No. 10-10266

_____

Agency Docket No. 07-1899

BURFORD'S TREES, INC.,

Petitioner,

versus

U.S. DEPARTMENT OF LABOR,

Respondent.

_____

Petition for Review of a Decision of the
Occupational Safety and Health Review Commission

_____

(February 9, 2011)

Before BLACK, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

After reviewing the record, the parties' briefs, and having had the benefit of oral argument, we find no reversible error.

**AFFIRMED.**